**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01095-CV

**JANOS FARKAS, Appellant**

**V.**

**AURORA LOAN SERVICES, LLC, AURORA BANK FSB, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02053-G**

## ORDER

The Court has before it appellant's March 26, 2013 motion for leave to file corrected appellant brief. The Court **GRANTS** the motion and **ORDERS** that the amended brief tendered by appellant on March 25, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
         JUSTICE